**Entered on Docket
November 29, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**
_____

JEFFREY G. SLOANE, ESQ.
Nevada Bar No. 000784
KRAVITZ, SCHNITZER, SLOANE &
JOHNSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4143
JSloane@kssattorneys.com
Attorneys for Creditor/Movant
WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: ) | In Proceedings Under |
| ) | Chapter 7 |
| ROBERT C. HICKMAN and ) | |
| CHARLENE M. SHAFER-HICKMAN ) | BK-S-09-24631-bam |
| ) | |
| ) | |
| Debtor. ) | Date:   November 16, 2010 |
| ) | Time:   1:30 p.m. |

ORDER GRANTING MOTION FOR RELIEF FROM STAY

Creditor, WELLS FARGO BANK, N.A.'s Motion For Relief From Stay having come before this court on November 16, 2010; WELLS FARGO BANK, N.A., (hereinafter "Creditor"), appearing by and through its attorney, Jeffrey G. Sloane, Esq. of Kravitz, Schnitzer, Sloane & Johnson, Chtd..; ROBERT C. HICKMAN and CHARLENE M. SHAFER-HICKMAN, ("Debtor"), having failed to appear, although duly noticed; no opposition having been filed; and,

1 for good cause appearing,

2       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay afforded the Debtor pursuant to 11 U.S.C. Section 362 is hereby terminated on the following real property:

LOT ONE HUNDRED FIFTEEN IN BLOCK TWO OF THE RESUBDIVISION OF VEGAS DEL MAR NO. 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 22 OF PLATS, PAGE 61, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

      More commonly known as 4767 Benecia Way, Las Vegas, Nevada, 89122.

///

///

///

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Creditor shall give the Debtor seven (7) days notice as to the date, time and location of the sale.

DATED this 23rd day of November, 2010.

SUBMITTED BY:

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD..

BY: _____
    JEFFREY G. SLOANE, ESQ
    Nevada Bar No. 000784
    8985 S. Eastern Avenue, Suite 200
    Las Vegas, Nevada 89123
    Attorneys for Creditor

APPROVE/DISAPPROVE:

BY  Did not respond
    DAVID A. ROSENBERG, TRUSTEE
    5030 Paradise Rd., #B-215
    Las Vegas, NV 89119

# # #

**ALTERNATIVE METHOD re: RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies as follows (check one):

( )   The Court has waived the requirement of approval under LR 9021(b)(1).

( )   No party appeared at the hearing or filed an objection to the motion.

(X)   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

   Counsel for Plaintiff appeared and the Trustee has __not__ responded.

( )   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and no party has objected to the form or content of the order.

Date: November 23, 2010

/s/JEFFREY G. SLOANE, ESQ.
JEFFREY G. SLOANE, ESQ.
Kravitz, Schnitzer, Sloane & Johnson, Chtd.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123